**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                    **4:10CR00239-03-BRW**

**JAIME AGUIANO**

**ORDER**

Pending is the Prosecution's Motion to Dismiss Without Prejudice (Doc. No. 56).  The

Motion is GRANTED, and the case is DISMISSED without prejudice as to Defendant Jaime

Aguiano only.  Defendant Jaime Aguiano is to be released from the custody of the United States

Marshal forthwith.

IT IS SO ORDERED this 10th day of March, 2011.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE